# Exhibit E

JoAnn Jett Corson
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 8006
Missoula, Montana 59807-8006
406/829-7123 office
joann_corson@mtd.uscourts.gov

United States Court Reporter

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| COLUMBIA FALLS ALUMINUM COMPANY, LLC, ) | |
| Plaintiff,) | No. CV 18-131-M-DWM |
| vs. ) | |
| ) | **VOLUME 2 of 7** |
| ATLANTIC RICHFIELD COMPANY, ) | **TRANSCRIPT OF** |
| Defendant.) | **BENCH TRIAL** |
| _____) | |

**BEFORE THE HONORABLE DONALD W. MOLLOY
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MONTANA**

Russell Smith United States Courthouse
201 East Broadway
Missoula, Montana 59802
Tuesday, June 29, 2021
08:29:06 to 16:57:58

Proceedings recorded by machine shorthand
Transcript produced by computer-assisted transcription

Case 2:23-cv-01699-MCA-LDW   Document 123-5   Filed 10/09/23   Page 3 of 5 PageID: 868
Case 9:18-cv-00131-DWM   Document 160   Filed 10/14/21   Page 156 of 263

*BATSON CROSS-EXAMINATION BY RAUCHWAY*

1  would have an 8.2 percent share.

2  Q    And if somehow no maintenance risk were applied to the
3  wet scrubber sludge pond, what would ARCO's share of the
4  groundwater be?

5  A    It would shift the results so that, in fact, since there
6  was -- given the new calculations of those results, it would
7  shift the ultimate share of the parties to 100 percent ARCO
8  and CFAC zero percent.  Actually it would create the same
9  situation we had previously with some of the landfills of 103
10 versus minus 3, but I would normalize that, should the Court
11 want to accept that fact, at 100 percent and zero percent,
12 respectively.

13 Q    But you would not recommend that?

14 A    I don't believe the facts meet that particular demand,
15 require that be done.

16         MR. LAUER:  Okay.  Thank you.
17         We pass the witness.
18         THE COURT:  Cross-examination, Mr. Rauchway?
19         MR. RAUCHWAY:  Yes, Your Honor.
20                    CROSS-EXAMINATION
21 BY MR. RAUCHWAY:
22 Q    Mr. Batson, Mr. Lauer began his examination by asking you
23 about the Passaic River site.  Do you recall that?
24 A    I do.
25 Q    And he asked you some questions to raise the inference

*BATSON CROSS-EXAMINATION BY RAUCHWAY*

1  that ARCO had consented to your expertise in that case. There
2  are well over a hundred PRPs at that site, aren't there?
3  A    There are.
4  Q    And there's one PRP, not ARCO, that's a 99 percent PRP;
5  isn't that true?
6  A    One that is a listed PRP that's not participating in that
7  allocation process, yes.
8  Q    And ARCO is part of a large group of other PRPs who
9  are -- have shares of that remaining 1 percent; isn't that
10 true?
11 A    Not to go into the details of percentages as it was
12 finally calculated since that is still a matter of settlement
13 between the parties and I believe inappropriate to discuss, I
14 will say that there was a group of participating parties that
15 are, you know, are together, responsible for whatever the
16 delta is, vis-a-vis the parties that are not participating.
17 Q    ARCO was a very small decimal percentage PRP at that
18 site?
19 A    All of the parties at this site but for the one party,
20 including ARCO, are small; could potentially be small
21 percentage parties here, yes. I mean, that's the reality of
22 the site.
23 Q    Also, in reviewing your qualifications, Mr. Lauer walked
24 you through some of the many allocations that you've done
25 throughout your career, didn't he?

```
 1                VOLUME 2 REPORTER'S CERTIFICATE
 2            I, JoAnn Jett Corson, a Registered Diplomate
 3   Reporter and Certified Realtime Reporter, certify that the
 4   foregoing transcript is a true and correct record of the
 5   proceedings given at the time and place hereinbefore
 6   mentioned; that the proceedings were reported by me in machine
 7   shorthand and thereafter reduced to typewriting using
 8   computer-assisted transcription; that after being reduced to
 9   typewriting, a certified copy of this transcript will be filed
10   electronically with the Court.
11            I further certify that I am not attorney for, nor
12   employed by, nor related to any of the parties or attorneys to
13   this action, nor financially interested in this action.
14            IN WITNESS WHEREOF, I have set my hand at Missoula,
15   Montana this 14th day of October, 2021.
16
17                               /s/ JoAnn Jett Corson
                                 _____
18                               JoAnn Jett Corson
                                 United States Court Reporter
19
20
21
22
23
24
25
```